**Rodney BEARD, petitioner,
v. Dennis WALSH.
No. 97–260.**

Supreme Court of the United States.

Nov. 10, 1997.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.